IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| MICHAEL CHEEK BRABSON (01)<br>a/k/a "Madman" | 4-17CR160- A |

INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or around January 2014, and continuing until in or around July 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Michael Cheek Brabson,** as well as others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**Information – Page 1**

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ signature for:*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455