



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:17-CR-160-A |
| MICHAEL CHEEK BRABSON (01)<br>a/k/a "Madman" | |

## FACTUAL RESUME

**INFORMATION:** Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

**PENALTY:** $1,000,000 fine - not more than 20 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 3 years.

**MAXIMUM PENALTY:**
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

**ELEMENTS OF THE OFFENSE:**
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Information are as follows:

First: That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second: That the defendant knew of the unlawful purpose of the agreement;

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Fourth: That the overall scope of the conspiracy involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

In 2014 and 2015, Michael Cheek Brabson received methamphetamine from a source-of-supply, often on consignment, that he in turn distributed to various customers in the Fort Worth, Texas area, including Leslie Payne, returning to his source for additional methamphetamine. In this manner, Michael Cheek Brabson, Leslie Payne, and others conspired with each other and others to possess with intent to distribute methamphetamine.

SIGNED this 14 day of September, 2017.

_____  _____
MICHAEL CHEEK BRABSON            PASQUEL LEE
Defendant                        Counsel for Defendant

Factual Resume - Page 2