IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO. 4:17-CR-00160-A |
| v. MICHAEL BRABSON | § § § § § | |

TO THE HONORABLE JUDGE JOHN MCBRYDE:

The Defendant, MICHAEL BRABSON, gives notice of appeal from the sentence received on February 16, 2018.

Respectfully Submitted,

**PASQUEL LEE**

By: /s/ Pasquel Lee

Pasquel Lee
Texas Bar Number: 24076506

2201 Main Street #400-10
Dallas, TX 75201
Office Phone: (214) 935-3755
Fax Number: 1+ (214) 935-3754
E-mail: pat.lee@lawyer.com

**Notice of Appeal**

1

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on February 19, 2018, the foregoing was electronically filed with the Clerk of Courts for the U.S. District Court, Northern District of Texas, and served upon Shawn Smith, Assistant United States Attorney, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure

By: s/ *Pasquel Lee*
Mr. Pasquel Lee
ATTORNEY FOR MICHAEL BRABSON

2201 Main Street
Suite No. 400-10
Dallas, TX 75201
Office Phone: (214) 935-3755
Fax Number: 1+ (214) 935-3754
E-mail: pat.lee@lawyer.com

# PASQUEL LEE & ASSOCIATES, PLLC

2201 MAIN ST STE. # 400-10 • DALLAS, TX 75201 • (214) 935-3755 • FAX (214) 935-3754 • pat.lee@lawyer.com

**February 19, 2018**



**SENT VIA PRIORITY TWO DAY MAIL**

**United States District Court
Northern District of Texas
Attention US District Judge John McBryde
501 W. 10th Street
Room 401
Fort Worth, Texas 76102-3673**

RE:     *United States of America v. Michael Brabson*
        Cause No. 4:17-CR-00160-A

**Dear Judge McBryde:**

Enclosed please find the following documents regarding Michael Brabson:

(1) Defendant's Notice of Appeal;
(2) Counsel's Motion to Withdraw and Appoint Substitute Counsel; and
(3) Proposed Order on Counsel's Motion to Withdraw and Appoint Substitute Counsel.

Respectfully submitted,



Mr. Pasquel Lee, Esq.